# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MARK HARTMAN,

                       Petitioner,         :    Case No. 3:19-cv-003

       - vs -                      District Judge Walter H.  Rice
                                        Magistrate Judge Michael R. Merz

OHIO ADULT PAROLE AUTHORITY,

                                 :
                     Respondent.

---

## RECOMMITTAL ORDER

---

This habeas corpus case is before the Court on Petitioner's Objections (ECF No. 27) to the Magistrate Judge's Report and Recommendations (ECF No. 22) recommending that the Petition be dismissed.  Respondent has not replied to the Objections.

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge.  Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October 2, 2020.

                                                 (tp - per Judge Rice authorization after his review)

                                               Walter H. Rice
                                            United States District Judge