IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK HARTMAN,

    Petitioner,

vs.

    Case No. 3:19cv003

OHIO ADULT PAROLE AUTHORITY,

    JUDGE WALTER H. RICE

    Respondent.

---

DECISION AND ENTRY AMENDING FIRST PARAGRAPH OF DECISION FILED MAY 10, 2023 (DOC. #57), GRANTING RESPONDENT'S MOTION TO STAY DECISION AND ORDER GRANTING PETITIONER A CONDITIONAL WRIT OF HABEAS CORPUS (DOC. #48); REASONING SET FORTH

---

On May 10, 2023, this Court filed a Decision and Entry granting Respondent's Motion to Stay Decision and Entry granting Petitioner a conditional writ of habeas corpus (Doc. #45). The Decision and Entry set forth the Court's reasoning behind its Decision.

It has been called to this Court's attention[1] that an error appears on line three of the first paragraph of said Decision and Entry. Rather than stating Respondent's Motion is "OVERRULED in its entirety," the Decision and Entry should have stated and is, accordingly, amended to reflect, in line three of the first paragraph, that Respondent's Motion is "SUSTAINED/GRANTED in its entirety." This Court will draft and file an amended first page of its Decision and Entry of May 10, 2023, and order the amended page one substituted in place

---

[1] Thank you, Ms. Stephanie Watson.

of that which appeared on page one of the Decision and Entry filed May 10, 2023. Once that amended page one is filed, the office of the Clerk of Courts and counsel of record are directed to substitute the amended page one for that which originally appeared as page one on the Decision of May 10, 2023.

In all other respects, the Decision and Entry of May 10, 2023, is unchanged.

May 11, 2023

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record