IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARK HARTMAN,

    Petitioner,

-vs-

OHIO ADULT PAROLE AUTHORITY,

    Respondent.

Case No. 3:19-cv-003

District Judge Walter H. Rice
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 63), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that Petitioner's Motion For Indicative Ruling On A Motion For Relief That Is Barred By A Pending Appeal Pursuant To Federal Rules Of Civil Procedure Rule 62.1 (ECF No. 61) be DENIED without prejudice.

October 18, 2024.

                                                    Walter H. Rice
                                            United States District Judge