IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARK HARTMAN,

       Petitioner,   :   Case No. 3:19-cv-003

 - vs -                                District Judge Walter H. Rice
                                        Magistrate Judge Michael R. Merz

DAVE YOST, Attorney General,
                                      :

       Respondent.

## STAY PENDING CERTIORARI PETITION

      This habeas corpus case is before the Court on remand from the United States Court of Appeals for the Sixth Circuit. *Hartman v. Yost,* 164 F.4th 463 (6th Cir. Jul. 24, 2025). In its remand order, the circuit court directed this Court to dismiss Hartman's Petition. *Id.* at 467. The case continues to be referred to the undersigned pursuant to Amended General Order 22-05.

      Petitioner has now advised the Court of his intention to petition the United States Supreme Court for a writ of certiorari. Accordingly, further action in this Court pursuant to the remand is STAYED pending consideration of certiorari by the Supreme Court.

      The Magistrate Judge notes the continued pendency of *In re: Hartman*, Sixth Circuit Case No. 25-3453, in which Hartman has sought authorization to file a second or successive habeas corpus petition related to this same conviction.

September 23, 2025.

                                                                      s/ *Michael R. Merz*
                                                           United States Magistrate Judge