# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

MARK HARTMAN,

               Petitioner,    :       Case No. 3:19-cv-00003

  - vs -                      District Judge Walter H. Rice
                                  Magistrate Judge Michael R. Merz

 DAVE YOST,
 Attorney General,

                                :
          Respondent.

## ORDER

In this habeas corpus case, District Judge Rice entered an Order providing

> For good cause shown, the above Decision and Entry of October 23, 2025, (Doc. No. 89), is amended in one particular only - - - said Decision and Entry of October 23, 2025, is amended to reflect that nothing in either the filing of October 23, or the Entry herein does affect the decision of the United States Magistrate Judge, under date of September 24, 2025, staying further action in this Court pursuant to the remand pending consideration of certiorari by the Supreme Court of the United States.

The Court has now been advised by the Clerk of the Supreme Court of the United States that that Court entered an Order April 20, 2026, in its Case No. 25-950 which reads in full "[t]he petition for a writ of certiorari is denied." (ECF No. 92).

Accordingly, the stay of this case effected by the Magistrate Judge's Order of September 24, 2025 (ECF No. 86) is hereby VACATED and the Clerk should proceed as ordered by Judge

1

Rice.

May 8, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge